## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| COMPUTER PROGRAMMING UNLIMITED INC., | : : | CASE NO. 3:21 CV 2350 |
| Plaintiff, | : : | JUDGE J. ZOUHARY |
| v. | : : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

## JOINT CASE STATUS REPORT

In accordance with the Court's Order entered January 7, 2022, plaintiff Computer Programming Unlimited Inc. ("CPU") and defendant Hartford Casualty Insurance Company ("Hartford"), by and through their respective counsel, jointly file this status report. The parties used the time allotted by the Court to exchange settlement demands and offers, but were unable to resolve their differences. They therefore request the scheduling of a Case Management Conference to establish a schedule for addressing the coverage issues in the case, as the parties appear to need threshold legal rulings on coverage issues in order to advance the case.

Respectfully submitted:

/s/ Katherine Macek (per email auth. 2/25/22)
Katherine A. Pawlak Macek, Esq.
David A. Bryan, Esq.
Wasserman, Bryan, Landry & Honold LLP
1090 W. South Boundary St., Suite 500
Perrysburg, Ohio 43551
(419) 243-1239
KPawlak@wblhlaw.com
DBryan@wblhlaw.com

*Attorneys for Plaintiff*
*Computer Programming Unlimited Inc.*

/s/ Katheryn M. Lloyd
Katheryn M. Lloyd (0075610)
Tadd L. Minton (0100254)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300, 280 North High St.
Columbus, Ohio 43215
Telephone: (614) 365-4100
lloyd@carpenterlipps.com
minton@carpenterlipps.com

*Attorneys for Defendant*
*Hartford Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Case Status Report was filed to the Court's ECF system on February 25, 2022, which will cause service upon the following:

> Katherine A. Pawlak Macek, Esq.
> David A. Bryan, Esq.
> Wasserman, Bryan, Landry & Honold LLP
> 1090 W. South Boundary St., Suite 500
> Perrysburg, Ohio 43551
> (419) 243-1239
> KPawlak@wblhlaw.com
> DBryan@wblhlaw.com
>
> *Attorneys for Plaintiff*
> *Computer Programming Unlimited Inc.*

/s/ Katheryn M. Lloyd
*One of the Attorneys for Defendant*
*Hartford Casualty Insurance Company*