# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Computer Programming Unlimited, Inc., | ) | Case No. 3:21 CV 2350 |
| Plaintiff | ) | Before the Honorable Judge Jack Zouhary |
| v. | ) | **NOTICE OF APPEAL** |
| Hartford Casualty Insurance Company | ) | |
| Defendant. | ) | David A. Bryan, Esq. (0032548) |
| | | Katherine Macek, Esq. (0086885) |
| | | Attorneys for Plaintiff |
| | ) | Wasserman, Bryan, Landry & Honold LLP |
| | | 1090 W. South Boundary; Suite 500 |
| | | Perrysburg, Ohio 43551 |
| | ) | (419) 243-1239 (Office) |
| | | (419) 243- 2719 (Fax) |
| | | dbryan@wblhlaw.com |
| | ) | kmacek@wblhlaw.com |

Notice is hereby given that Computer Programing Unlimited, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Memorandum Opinion Order Granting the Motion for Summary Judgment filed by Defendant (Doc. No. 17) and from the final Judgment Entry (Doc. No. 18) entered in this action on the 26th day of October, 2022, which granted Defendant's Motion for Summary Judgment in its entirety and terminated the above captioned case.

Respectfully submitted,

**WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**

*/s/ Katherine Macek*
Katherine Macek, Attorney for
Plaintiff, Computer Programming Unlimited, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on, November 15, 2022 and served by means of filing using the electronic filing system of the Court and the automatic notification procedure of that system, upon all parties and their counsel.

*/s/ Katherine Macek*
Katherine Macek, Attorney for
Plaintiff, Computer Programming Unlimited, Inc.